**08CV3555**
**JUDGE KENDALL**
**MAG. JUDGE BROWN**

FILED
JUN 20 2008
Jun 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
PRAMILA GARDNER, et al.

**DEFENDANTS**
WHIRLPOOL CORPORATION

**(b)** County of Residence of First Listed Plaintiff: Brazoria County, Texas
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Benton Harbor, Michigan
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Glenn Orr, Esquire; LAW OFFICES OF JOSEPH PATRICK SHEA
2400 N. West Avenue, Suite 205, Chicago, Illinois 60647
Tel/773-365-0040

Attorneys (If Known)

**II. BASIS OF JURISDICTION**: [X] 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES**:
- Citizen of Another State: PTF [X] 2
- Incorporated and Principal Place of Business In Another State: DEF [X] 5

**IV. NATURE OF SUIT**: 190 Other Contract; 370 Other Fraud

**V. ORIGIN**: [X] 1 Original Proceeding

**VI. CAUSE OF ACTION**: 28 U.S.C. 1332(d); Breach of warranty and consumer fraud relating to defective washing machines.

**VIII. REQUESTED IN COMPLAINT**: [X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
JURY DEMAND: [X] Yes

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 06/20/2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Glenn Orr