

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    08CV3555
PRAMILA GARDNER, et al.                             JUDGE KENDALL
                                                    MAG. JUDGE BROWN
v.

WHIRLPOOL CORPORATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PRAMILA GARDNER, et al. (Plaintiffs)

**FILED**
JUN 2 0 2008
JUN 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)  Glenn Orr | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Glenn Orr | |
| FIRM  The Law Office of Joseph Patrick Shea | |
| STREET ADDRESS  2400 N. Western Ave., Ste. 205 | |
| CITY/STATE/ZIP  Chicago, Illinois 60647 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6282035 | TELEPHONE NUMBER  773-365-0040 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |