**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:   08cv3555

PRAMILA GARDNER, et al

v.

WHIRLPOOL CORPORATION


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Whirlpool Corporation, Defendant


| NAME (Type or print) |
| --- |
| Kara J. Rosenthal |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/*Kara J. Rosenthal* |

| FIRM |
| --- |
| Wheeler Trigg Kennedy LLP |

| STREET ADDRESS |
| --- |
| 1801 California Street, Suite 3600 |

| CITY/STATE/ZIP |
| --- |
| Denver, Colorado 80202 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | 303-244-1809 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   No |
| --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   No |
| --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   No |
| --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Yes |
| --- |

| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| --- |
| RETAINED COUNSEL                              APPOINTED COUNSEL |