**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court s general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08CV3555 |

PRAMILA GARDNER, et al.,
Plaintiffs,
v.
WHIRLPOOL CORPORATION,
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WHIRLPOOL CORPORATION, Defendant

| |
|---|
| NAME (Type or print) |
| Evan Stephenson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Evan Stephenson |
| FIRM |
| Wheeler Trigg Kennedy LLP |
| STREET ADDRESS |
| 1801 California Street, Suite 3600 |
| CITY/STATE/ZIP |
| Denver, Colorado 80202 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 303-244-1964 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☑    APPOINTED COUNSEL ☐