UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRAMILA GARDNER, JEFF GLENNON, KAREN P. HOLLANDER, REBECCA NORDAN, MAGGIE O'BRIEN, TRACIE SNYDER, ANDREA STRONG, JANE WERMAN, Individually And On Behalf Of All Others Similarly,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 08 CV 3555<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S UNCONTESTED MOTION
FOR LEAVE TO FILE OVERSIZED BRIEFS**

Defendant Whirlpool Corporation ("Whirlpool"), pursuant to Local Rule 7.1, moves for an order granting Whirlpool <u>and</u> Plaintiffs leave to file briefs up to 35 pages in support of, and (for Plaintiffs) in opposition to, Whirlpool's Motion to Dismiss Plaintiffs' Class Action Complaint ("Motion to Dismiss") and Whirlpool's Motion to Strike Plaintiffs' Class Allegations from the Class Action Complaint ("Motion to Strike"). In support of this uncontested motion, Whirlpool states as follows:

1. On June 20, 2008, Plaintiffs filed their Class Action Complaint ("Complaint") against Whirlpool alleging the following claims related to purported defects in Whirlpool®-brand Duet™, Duet HT™, and Duet Sport™ front-loading washing machines: violations of the Magnuson Moss Warranty Act ("MMWA") (Compl. ¶¶ 89-106 (Counts I-II)); violation of the consumer protection statutes of Arizona, Florida, Illinois, Maryland, New York, North Carolina,

and Texas (*id*. ¶¶ 107-63 (Counts III-IX)); breach of express warranty under the laws of Arizona, Florida, Illinois, Indiana, Maryland, New York, North Carolina, and Texas (*id*. ¶¶ 164-250 (Counts X-XVII)); breach of implied warranty of merchantability under the laws of Illinois, Maryland, Texas, and New York (*id*. ¶¶ 251-304 (Counts IIXX-XXI)); and unjust enrichment under the laws of Arizona, Florida, Illinois, Indiana, Illinois, Maryland, New York, North Carolina, and Texas (*id*. ¶¶ 305-44 (Counts XXII-IXXX)).

2.  Plaintiffs allege claims for violations of consumer protection statutes of seven different states.  (Compl. ¶¶ 107-63.)  Whirlpool requires additional pages in order to brief the issues regarding the plain language of these seven different consumer protection statutes, as well as the case law interpreting these different statutes.

3.  Moreover, each of the eight Plaintiffs is alleged to be a citizen of a different state.  (Compl. ¶¶ 5-12.)  Because each Plaintiff is alleged to reside in a different state—where each named plaintiff presumably received any statement or representation by Whirlpool, bought their washer, accepted delivery of their washer, operated their washer, and experienced any problem with or repair to their washer—Whirlpool will contend that Illinois's choice-of-law rules require that a different state's law be applied to each Plaintiff's claims for common-law and MMWA breach of warranty and unjust enrichment.  Thus, Whirlpool requires additional pages to brief the issues concerning the laws of eight different states with respect to Plaintiffs' warranty and unjust enrichment claims.

4.  Whirlpool requests that the Court grant Whirlpool leave to file a 35-page brief in support of Whirlpool's Motion to Dismiss and a 35-page brief in support of Whirlpool's Motion to Strike, so that Whirlpool can address the numerous issues of law raised by the Complaint.  Whirlpool also requests that the Court grant Plaintiffs leave to file a 35-page response in

opposition to Whirlpool's Motion to Dismiss and a 35-page response to Whirlpool's Motion to Strike.

5. Undersigned counsel for Whirlpool has corresponded by e-mail with Plaintiffs' counsel, who informed Whirlpool's counsel that Plaintiffs do not oppose this motion.

6. As Whirlpool recently explained in its contested motion to reassign this case to Judge Lefkow under Local Rule 40.4, the Complaint in this case is substantially similar to the complaint currently pending before Judge Lefkow captioned *Bettua v. Sears, Roebuck and Co.*, Case No. 08-CV-1832 ("*Bettua*"). Plaintiffs in both *Gardner* and *Bettua* assert overlapping claims for breach of warranty, violations of consumer protection statutes, and unjust enrichment based on the same allegation that front-loading washers designed and manufactured by Whirlpool are defective in design. In *Bettua*, Judge Lefkow granted Sears' unopposed motion for leave to file oversized briefs, for precisely the same reasons Whirlpool has filed the instant motion.

Accordingly, Whirlpool requests that the Court enter an order permitting Whirlpool to file 35-page memoranda in support of Whirlpool's Motion to Dismiss and Whirlpool's Motion to Strike, and permitting Plaintiffs to file 35-page memoranda in opposition to those motions.

Dated: August 12, 2008        Respectfully submitted,

        By: s/ Brad E. Rago
        Bradley B. Falkof (ARDC # 3121697)
        Brad E. Rago (ARDC # 6275740)
        Barnes & Thornburg LLP
        One North Wacker Drive
        Suite 4400
        Chicago, IL 60606-2809
        Telephone: (312) 357-1313
        Facsimile: (312) 759-5646

and

Michael T. Williams
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
(303) 244-1800
(303) 244-1879 Fax
williams@wtklaw.com

Attorneys for Defendant
Whirlpool Corporation

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing DEFENDANT'S UNCONTESTED MOTION FOR LEAVE TO FILE OVERSIZED BRIEFS was served on the following via the Court's CM/ECF system on this 12th day of August 2008:

Joseph Patrick Shea
Glenn Edward Orr
Law Offices of Joseph Patrick Shea
2400 N. Western Avenue, Suite 205
Chicago, Illinois 60647
Telephone: 773-365-0040
Facsimile: 773-772-2421
glorr4@yahoo.com

James E. Miller
Patrick A. Klingman
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: 860-526-1100
Facsimile: 860-526-1120
jmiller@sfmslaw.com
pklingman@sfmslaw.com

James C. Shah
Natalie Finkelman Bennett
Nathan Zipperian
Shepherd Finkelman Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: 610-891-9880
Facsimile: 610-891-9883
jshaf@sfmslaw.com
nfinkelman@sfmslaw.com
nzipperian@sfmslaw.com

Karen M. Leser-Grenon
Shepherd Finkelman Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: 619-235-2416
Facsimile: 619-234-7334
kleser@sfmslaw.com

Ronald S. Kravitz
Matthew Borden
Liner Yankelvitz Sunshine & Regenstreif LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415-489-7700
Facsimile: 415-489-7701
rkravitz@linerlaw.com
mborden@linerlaw.com

Daniel B. Scott
Steven A. Schwartz
Chimicles & Tikellis LLP
One Haveford Centre
Haverford, PA 19041
Telephone: 610-642-8500
Facsimile: 610-649-3633
steveschwartz@chimicles.com
danielscott@chimicles.com


       s/ Brad E. Rago