UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRAMILA GARDNER, JEFF GLENNON, KAREN P. HOLLANDER, REBECCA NORDAN, MAGGIE O'BRIEN, TRACIE SNYDER, ANDREA STRONG, JANE WERMAN, Individually And On Behalf Of All Others Similarly,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 08 CV 3555<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF DEFENDANT'S UNCONTESTED MOTION
FOR LEAVE TO FILE OVERSIZED BRIEFS

Please take notice that on August 18, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Whirlpool Corporation will appear before The Honorable Judge Virginia Kendall, presiding in Courtroom 2319, of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Uncontested Motion for Leave to File Oversized Briefs, which has been served upon you.

Dated:  August 12, 2008

Respectfully submitted,

By: _s/ Brad E. Rago_____
Bradley B. Falkof (ARDC # 3121697)
Brad E. Rago (ARDC # 6275740)
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL  60606-2809
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

and

Michael T. Williams
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
(303) 244-1800
(303) 244-1879 Fax
williams@wtklaw.com

Attorneys for Defendant
Whirlpool Corporation

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a copy of the foregoing NOTICE OF DEFENDANT'S UNCONTESTED MOTION FOR LEAVE TO FILE OVERSIZED BRIEFS was served on the following via the Court's CM/ECF system on this 12th day of August 2008:

Joseph Patrick Shea
Glenn Edward Orr
Law Offices of Joseph Patrick Shea
2400 N. Western Avenue, Suite 205
Chicago, Illinois 60647
Telephone: 773-365-0040
Facsimile: 773-772-2421
glorr4@yahoo.com

James E. Miller
Patrick A. Klingman
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: 860-526-1100
Facsimile: 860-526-1120
jmiller@sfmslaw.com
pklingman@sfmslaw.com

James C. Shah
Natalie Finkelman Bennett
Nathan Zipperian
Shepherd Finkelman Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: 610-891-9880
Facsimile: 610-891-9883
jshaf@sfmslaw.com
nfinkelman@sfmslaw.com
nzipperian@sfmslaw.com

Karen M. Leser-Grenon
Shepherd Finkelman Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: 619-235-2416
Facsimile: 619-234-7334
kleser@sfmslaw.com

Ronald S. Kravitz
Matthew Borden
Liner Yankelvitz Sunshine & Regenstreif LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415-489-7700
Facsimile: 415-489-7701
rkravitz@linerlaw.com
mborden@linerlaw.com

Daniel B. Scott
Steven A. Schwartz
Chimicles & Tikellis LLP
One Haveford Centre
Haverford, PA 19041
Telephone: 610-642-8500
Facsimile: 610-649-3633
steveschwartz@chimicles.com
danielscott@chimicles.com

                _____s/ Brad E. Rago_____