UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRAMILA GARDNER, JEFF GLENNON, KAREN P. HOLLANDER, REBECCA NORDAN, MAGGIE O'BRIEN, TRACIE SNYDER, ANDREA STRONG, JANE WERMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>  Defendant. | Case No. 08 CV 3555 |

**DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS
FROM THE CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(f), 23(c)(1), and 23(d)(1)(D), Defendant Whirlpool Corporation ("Whirlpool") moves for an order striking all class allegations from Plaintiffs' Class Action Complaint (the "Complaint") to prevent wasteful class discovery and class-certification proceedings. In support of this motion, Whirlpool states as follows:

1. The class allegations are "immaterial [or] impertinent," Fed. R. Civ. P. 12(f), because it is readily apparent at this "early practicable time," Fed. R. Civ. P. 23(c)(1)(A), that Plaintiffs cannot maintain a class action under Rule 23.

2. Plaintiffs' proposed nationwide class and statewide subclasses are fatally over-inclusive and unascertainable.

3. Plaintiffs fail to meet the requirement of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.*, that there be at least 100 named plaintiffs to bring a class claim under the Act. *See* 15 U.S.C. § 2310(d)(3)(C).

4. Plaintiffs' allegations and the service histories of the subject washing machines show that Plaintiffs' claims are not typical of the proposed classes because the Complaint contains no good-faith allegations that can support an inference of class-wide defect or injury.

5.      Individual questions of fact and law dominate Plaintiffs' class claims for money damages, making a class action inferior and unmanageable.

6.      Plaintiffs' allegations in support of their proposed injunctive-relief classes do not satisfy the requirements of Rule 23(b)(2) because Plaintiffs primarily seek monetary relief and because individual factual and legal questions dominate Plaintiffs' claims.

This motion to strike is based on this motion and notice of motion, Whirlpool's concurrently filed supporting memorandum of law, the Affidavit of Steven Namnick dated July 31, 2008, the Affidavit of Anthony Hardaway dated August 19, 2008, and the other exhibits to Whirlpool's memorandum of law.

**Whirlpool requests a hearing on this motion to strike.**

Dated:  August 22, 2008                     Respectfully submitted,

s/ Michael T. Williams
Michael T. Williams
Galen D. Bellamy
Kara J. Rosenthal
Evan Stephenson
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO  80202-2617
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

and

Bradley B. Falkof
Brad E. Rago
Barnes & Thornburg LLP
1 North Wacker Drive, Suite 4400
Chicago, IL  60606
Telephone: (312) 214-8304
Facsimile: (312) 759-5646

Attorneys for Defendant Whirlpool Corporation

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on this 22nd day of August, 2008, a copy of the foregoing was filed electronically with the Federal Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

- **Galen D. Bellamy**
  bellamy@wtklaw.com

- **Glenn Edward Orr**
  glorr4@yahoo.com

- **Brad Eric Rago**
  brad.rago@btlaw.com,smarschke@btlaw.com

- **Kara Jean Rosenthal**
  rohe@wtklaw.com

- **Evan B. Stephenson**
  stephenson@wtklaw.com,wallace@wtklaw.com

- **Michael T. Williams**
  williams@wtklaw.com,mallett@wtklaw.com,kemezis@wtklaw.com

**Manual Notice List**

**Natalie Finkelman Bennett**
Shepherd Finkelman Miller & Shah, LLC
35 East State Street
Media, PA 19063

**Matthew B. Borden**
Liner Yankelevitz Sunshine & Regenstreif LLP
199 Fremont Street
Suite 2000
San Francisco, CA 94105-2255

**Karen M. Leser-Grenon**
Shepherd Finkelman Miller & Shah, LLC
401 West A Street
Suite 2350
San Diego, CA 92101

**James E. Miller**
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, CT 06412

**Daniel B. Scott**
Chimicles & Tikellis LLP
One Haverford Centre
Haverford, PA 19041

**James C. Shah**
Shepherd Finkelman Miller & Shah
35 E State Street
Media, PA 19063

**Schwartz A Steven**
Chimicles & Tikellis LLP
One Haverford Centre
Haverford, PA 19041

                _____s/ Michael T. Williams_____

665156v.2