UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRAMILA GARDNER, JEFF GLENNON, KAREN P. HOLLANDER, REBECCA NORDAN, MAGGIE O'BRIEN, TRACIE SNYDER, ANDREA STRONG, JANE WERMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 08CV3555<br><br>Judge Kendall<br>Magistrate Judge Brown |

**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT, OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT OF PLAINTIFFS' CLAIMS**

　　　　Please take notice that on Thursday, August 28, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, Whirlpool Corporation will appear before The Honorable Virginia Kendall, presiding in Courtroom 2319, of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion to Dismiss the Consolidated Class Action Complaint, or, in the Alternative, for a More Definite Statement of Plaintiffs' Claims, which has been served on you. **Whirlpool requests a hearing on the motion to dismiss.**

Dated: August 23, 2008

Respectfully submitted,

s/ Michael T. Williams
Michael T. Williams
Kara J. Rosenthal
Galen D. Bellamy
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO 80202-2617
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

and

Bradley B. Falkof
Brad Rago
Barnes & Thornburg LLP
1 North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 214-8304
Facsimile: (312) 759-5646

Attorneys for Defendant
Whirlpool Corporation

## CERTIFICATE OF SERVICE(CM/ECF)

I do hereby certify that, on this 23rd day of August, 2008, a copy of the foregoing was filed electronically with the Federal Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

- **Galen D. Bellamy**
  bellamy@wtklaw.com

- **Glenn Edward Orr**
  glorr4@yahoo.com

- **Brad Eric Rago**
  brad.rago@btlaw.com,smarschke@btlaw.com

- **Kara Jean Rosenthal**
  rohe@wtklaw.com

- **Evan B. Stephenson**
  stephenson@wtklaw.com,wallace@wtklaw.com

- **Michael T. Williams**
  williams@wtklaw.com,mallett@wtklaw.com,kemezis@wtklaw.com

**Manual Notice List**

**Natalie Finkelman Bennett**
Shepherd Finkelman Miller & Shah, LLC
35 East State Street
Media, PA 19063

**Matthew B. Borden**
Liner Yankelevitz Sunshine & Regenstreif LLP
199 Fremont Street
Suite 2000
San Francisco, CA 94105-2255

**Karen M. Leser-Grenon**
Shepherd Finkelman Miller & Shah, LLC
401 West A Street
Suite 2350
San Diego, CA 92101

**James E. Miller**
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, CT 06412

**Daniel B. Scott**
Chimicles & Tikellis LLP
One Haverford Centre
Haverford, PA 19041

**James C. Shah**
Shepherd Finkelman Miller & Shah
35 E State Street
Media, PA 19063

**Schwartz A Steven**
Chimicles & Tikellis LLP
One Haverford Centre
Haverford, PA 19041

                                                s/ Michael T. Williams