UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRAMILA GARDNER, JEFF GLENNON, KAREN P. HOLLANDER, REBECCA NORDAN, MAGGIE O'BRIEN, TRACIE SNYDER, ANDREA STRONG, JANE WERMAN, Individually And On Behalf Of All Others Similarly,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 08 CV 3555 |

## AMENDED NOTICE OF MOTION TO STRIKE CLASS ALLEGATIONS

Please take notice that on Monday, August 28, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Whirlpool Corporation will appear before The Honorable Judge Virginia Kendall, presiding in Courtroom 2319, of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion to Strike Plaintiffs' Class Allegations from the Class Action Complaint, which has been served upon you.  **Whirlpool requests a hearing on the motion to strike.**

Dated:  August 25, 2008

Respectfully submitted,

By: _s/ Brad E. Rago_____
Bradley B. Falkof (ARDC # 3121697)
Brad E. Rago (ARDC # 6275740)
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL  60606-2809
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

and

Michael T. Williams
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
(303) 244-1800
(303) 244-1879 Fax
williams@wtklaw.com

Attorneys for Defendant
Whirlpool Corporation

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 25th day of August, 2008, a copy of the foregoing was filed electronically with the Federal Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

- Galen D. Bellamy
  bellamy@wtklaw.com

- Glenn Edward Orr
  Glorr4@yahoo.com

- Kara Jean Rosenthal
  rohe@wtklaw.com

- Evan B. Stephenson
  Stephenson@wtklaw.com, Wallace@wtklaw.com

- Michael T. Williams
  Williams@wtklaw.com, mallet@wtklaw.com, kemezis@wtklawc.com

Manual Notice List

James E. Miller
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: 860-526-1100
Facsimile: 860-526-1120
jmiller@sfmslaw.com
pklingman@sfmslaw.com

James C. Shah
Natalie Finkelman Bennett
Shepherd Finkelman Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: 610-891-9880
Facsimile: 610-891-9883
jshah@sfmslaw.com
nfinkelman@sfmslaw.com

Karen M. Leser-Grenon
Shepherd Finkelman Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: 619-235-2416
Facsimile: 619-234-7334
kleser@sfmslaw.com

Matthew Borden
Liner Yankelvitz Sunshine & Regenstreif LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415-489-7700
Facsimile: 415-489-7701
mborden@linerlaw.com

Daniel B. Scott
Steven A. Schwartz
Chimicles & Tikellis LLP
One Haveford Centre
Haverford, PA 19041
Telephone: 610-642-8500
Facsimile: 610-649-3633
steveschwartz@chimicles.com
danielscott@chimicles.com

            _____s/ Brad E. Rago_____