IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRAMILA GARDNER, JEFF GLENNON, KAREN P. HOLLANDER, REBECCA NORDAN, MAGGIE O'BRIEN, TRACIE SNYDER, ANDREA STRONG, JANE WERMAN, Individually And On Behalf Of All Others Similarly Situated All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WHIRLPOOL CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 08-03555 |

## NOTICE OF WITHDRAWAL

Daniel B. Scott hereby withdraws as counsel for Plaintiffs in this action and states as follows:

1. After today, Daniel B. Scott will no longer be associated with the law firm of Chimicles & Tikellis LLP.

2. Plaintiffs continue to be represented in this matter by Steven A. Schwartz of Chimicles & Tikellis LLP, as well as other counsel.

    Respectfully submitted,

    **CHIMICLES & TIKELLIS LLP**
    /s/ Daniel B. Scott
    Daniel B. Scott
    One Haverford Centre
    361 West Lancaster Avenue
    Haverford, PA 19041
    danielscott@chimicles.com
    Telephone: (610) 642-8500

## CERTIFICATE OF SERVICE

I, Daniel B. Scott, hereby certify that on the 25th day of August, 2008, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and was served upon all parties of record via the CM/ECF system.

/s/ Daniel B. Scott