**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Pramila Gardner, et al.
                           Plaintiff,

v.                                           Case No.: 1:08−cv−03555
                                           Honorable Virginia M. Kendall

Whirlpool Corporation
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:The court adopts the parties' agreed briefing schedule. Defendant's motion to dismiss[32] and motion to strike[29] are taken under advisement. Responses are to be filed by 9/30/2008. Replies due by 10/17/2008. Court will rule by mail.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.